IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ALDRIC ROBINSON,

                  Plaintiff,

    v.                                                         ORDER

JACOB GRIPENTROG and                            17-cv-586-jdp
BRANDON MUELLER,

                  Defendants.
_____

      Attached are draft versions of the voir dire, jury instructions, and verdict form for the parties' review prior to the final pretrial conference. Counsel for defendants are directed to provide copies of these documents to plaintiff before close of business on Wednesday, May 29, 2019.

      Entered May 28, 2019.

                                                    BY THE COURT:

                                                    /s/
                                                    _____
                                                    JAMES D. PETERSON
                                                    District Judge