IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALDRIC ROBINSON,

                Plaintiff,

  v.                                                                               ORDER

JACOB GRIPENTROG and                                        17-cv-586-jdp
BRANDON MUELLER,

                Defendants.

---

The court held a telephonic final pretrial conference in which plaintiff Aldric Robinson appeared on his own behalf and defendants Jacob Gripentrog and Brandon Mueller appeared by counsel, Rachel Lee Bachhuber. Neither side had any objections to the voir dire, special verdict, or jury instructions. In my own review of the voir dire, I noticed that Robinson's witnesses—Joshua Shadduck and Jarvis Duke—had not been included in Question 5 regarding potential jurors' knowledge of the witnesses. I have added Shadduck and Duke to Question 5.

I instructed Robinson to bring with him to trial any exhibits that he wished to introduce into evidence. I also provided Robinson an overview of different aspects of the trial, including voir dire, opening statements, calling and cross-examining witnesses, jury instructions, and closing arguments. Robinson said that he understood and did not have any questions about trial mechanics.

Robinson raised one issue, which is that he is currently housed in segregation and doesn't have access to any of his legal documents. The court will direct the warden of Racine Correctional Institution (where Robinson is housed) to provide Robinson reasonable access to his legal file so that he can prepare for trial. Defense counsel represented that she would contact prison staff to determine whether Robinson could keep his legal documents in his cell before

trial. If prison staff have any objections to allowing Robinson to keep those documents in his possession, staff should raise those objections with the court promptly, either directly or through defense counsel.

ORDER

IT IS ORDERED that the warden of Racine Correctional Institution is directed to give plaintiff Aldric Robinson reasonable access to his legal file until the trial in this case has concluded. Counsel for defendants is directed to serve this order on the warden.

Entered June 5, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge