IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALDRIC ROBINSON,

    Plaintiff,

    v.

BRIAN FOSTER, CAPTAIN R. TRITT,
JACOB GRIPENTROG, and BRANDON
MUELLER,

    Defendants.

Case No. 17-cv-586-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Aldric Robinson's claims against Brian Foster and Captain R. Tritt.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jacob Gripentrog and Brandon Mueller in accordance with the jury's verdict.

Approved as to form this 13 day of June, 2019.

_James D. Peterson_
District Judge

Peter Oppeneer, Clerk of Court / deputy clerk     6/14/2019
                                                                                                             Date